

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00550-CV

Sergio **ALANIS** Sr.,
Appellant

v.

Jesus Maria "Chuy" **ALVAREZ** and
Alvarez and Alvarez & Associates,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-00-328
Honorable Federico Hinojosa, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are taxed against Appellant Sergio Alanis Sr.

SIGNED October 28, 2020.

_____
Liza A. Rodriguez, Justice